UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>DRU FRECHETTE, )<br>)<br>DEFENDANT ) | CRIM. NO. 2:18-CR-112-DBH-04 |

**PROCEDURAL ORDER**

I recently learned in United States v. Faucette, 2:13-cr-79-DBH-01, that the Department of Justice takes the position that a prisoner is not required to exhaust administrative appeal remedies within the Bureau of Prisons before filing a motion in court under the First Step Act, and may file the motion 30 days after submitting a request for compassionate release to the Warden, regardless of whether the Warden denied the request. Gov't Resp. to Procedural Order, United States v. Faucette, 2:13-cr-79-DBH-01 (D. Me. Aug. 5, 2020), ECF No. 266.

In this case, without knowing that the Justice Department takes the position that exhaustion is not required, I denied without prejudice Frechette's request for appointment of counsel to proceed with a motion for compassionate release because he had not exhausted administrative appeals. Order (ECF No. 429). But as I said in Faucette, the government can waive the exhaustion requirement, and I now treat it as having done so. Second Procedural Order, United States v. Faucette, 2:13-cr-79-DBH-01 (D. Me. Aug. 11, 2020) (ECF No. 267).

I therefore now **ABROGATE** the July 16, 2020, reasoning for the denial of counsel. Nevertheless, I still **DENY** appointment of counsel to Frechette on the showing he has made to date. He must first make the best case he can on his own for compassionate release. I will then evaluate it and determine whether to order the government to respond and/or to appoint counsel for Frechette.

**SO ORDERED.**

**DATED THIS 11TH DAY OF AUGUST, 2020**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**